UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BONNIE VALVERDE, et al.,

                Plaintiffs,

-against-

STAR AUTO SALES OF BAYSIDE, INC.,

                Defendant.
-----------------------------------------------------------X

JUDGMENT
04-CV-3625 (CBA)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ APR - 0 2006 ★
TIME P.M. _____
     A.M. _____

A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on February 23, 2006, adopting the Report and Recommendation of Magistrate Judge Kiyo A. Matsumoto, dated February 9, 2006, granting plaintiffs' motions for attorney fees and costs; and directing the Clerk of Court to enter judgment awarding plaintiffs $15,725,00 in attorneys' fees and $349.71 in costs, for a total award of $16,074.71, plus post judgment interest from the date of entry of judgment at the rate provided by law; it is

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Kiyo A. Matsumoto is adopted; that plaintiffs motions for attorney fees and costs is granted; and that plaintiffs are awarded $15,725.00 in attorneys' fees and $349.71 in costs, for a total award of $16,074.71, plus post judgment interest from the date of entry of judgment at the rate provided by law.

Dated: Brooklyn, New York
       April 05, 2006

Robert C. Heinemann
Clerk of Court

By: S/
Terry Vaughn
Chief Deputy Clerk
for Operations